UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAQUEL OLIVER,

                          Plaintiff,

          -against-

SAPIENT CORPORATION,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2026

26 Civ. 1061 (AT)

**ORDER**

ANALISA TORRES District Judge:

On February 13, 2026, the Court ordered the parties to file a joint letter and proposed case management plan by June 15, 2026.  *See* ECF No. 8.  Those submissions are now overdue.  Accordingly, by **July 16, 2026**, the parties shall submit their joint letter and proposed case management plan.

          SO ORDERED.

Dated:  June 16, 2026
          New York, New York

_____
          ANALISA TORRES
     United States District Judge